■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FIDEL NIEVES, Appellant.—Judgment, Supreme Court, Bronx County (Bonnie Wittner, J., at plea and sentence; George Covington, J., at hearing), rendered March 19, 1991, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender, to a term of imprisonment of 2 to 4 years, unanimously affirmed.

The findings of a hearing court are accorded much weight *(People v Prochilo,* 41 NY2d 759, 761; *People v Falciglia,* 153 AD2d 795, *affd* 75 NY2d 935), and should not be disturbed unless manifestly erroneous *(People v Vasquez,* 166 AD2d 194, *lv denied* 77 NY2d 845). Such is hardly the case here. Inconsequential inconsistencies in a police officer's testimony are not good reasons to find his testimony incredible or patently tailored to overcome constitutional objections *(see, People v Jones,* 168 AD2d 370, *lv denied* 77 NY2d 907; *People v Rodriguez,* 164 AD2d 824, *lv denied* 76 NY2d 943). Concur—Carro, J. P., Ellerin, Kupferman and Asch, JJ.